1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd. 4th Floor
   Los Angeles, CA 90025
3  T : (323) 988-2400 ; F : (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   WALTER JACKSON
5

6  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

7

8  WALTER JACKSON,                    ) Case No.: 3:10-cv-00538-BZ
                                      )
9          Plaintiff,                 )
                                      ) [PROPOSED] ORDER GRANTING
10     vs.                            ) REQUEST OF COUNSEL TO APPEAR
                                      ) AT STATUS CONFERENCE BY
11 I.C. SYSTEM, INC.,                 ) TELEPHONE
                                      )
12         Defendant.                 ) Date: May 24, 2010
                                      ) Time: 4:00 pm
13                                      Place: Courtroom G

14 _____

15

16     Permission is hereby granted for Ryan Lee, counsel of record for plaintiff Walter

17 Jackson, to participate by telephone in the Status Conference scheduled for May 24, 2010 at

18 4:00 pm. Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

19

20     Dated:   5/11/2010

21

22                                          GRANTED
                                            [signature]
23                                          Judge Bernard Zimmerman

24

25

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND
[PROPOSED] ORDER THEREON