1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd
2  10474 Santa Monica Blvd., 4th Floor
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-861-1390
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff
5  WALTER JACKSON

**UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| WALTER JACKSON, | ) | Case No.: 10-CV-00538-BZ |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| I.C. SYSTEM, INC., | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, WALTER JACKSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Notice of Settlement

Respectfully Submitted,

DATED: June 3, 2010          KROHN & MOSS, LTD.


By:  /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff