IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　Defendant.. | Case No.: **10-cv-00538-TEH**<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 24, 2010

_____
The Honorable Judge
United States District

*Judge Thelton E. Henderson*